■ Data-Track Account Services, Inc., et al., Respondents, v Curtis W. Lee, Appellant. (Appeal No. 2.) [737 NYS2d 894] —Appeal from an order of Supreme Court, Erie County (NeMoyer, J.), entered January 24, 2001, which, inter alia, required defendant to pay $130,000 toward plaintiffs' attorneys' fees.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs.

Same memorandum as in *Data-Track Account Servs. v Lee* (291 AD2d 827 [decided herewith]). Present—Pigott, Jr., P.J., Pine, Wisner, Burns and Lawton, JJ.